**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

─────────────────────────────

ESTATE OF MATTHEW J. LEOMBRUNO
BY AND THROUGH ITS ADMINISTRATRIX
DANIELLE DOUGLAS,

                                    Plaintiff,

    v.

THE COUNTY OF GREEN, CORRECTIONS          No. 9:19-CV-374
SERGEANT "JOHN DOE" STATHAM AND          (TJM/CFH)
CORRECTIONS OFFICER JOHN DOE,

                                    Defendants.

─────────────────────────────

**APPEARANCES:**                             **OF COUNSEL:**

Greenberg, Greenberg Law Firm         MARK D. GREENBERG, ESQ.
4 East Court Street
Hudson, New York 12534
Attorney for plaintiff

Murphy Burns LLP                       THOMAS K. MURPHY, ESQ.
407 Albany Shaker Road
Loudonville, New York 12211
Attorney for defendant the County of Green

Johnson & Laws, LLC                  GREGG T. JOHNSON, ESQ.
648 Plank Road, Suite 204
Clifton Park, NY 12020
Attorney for defendant Sergeant,
Green County Jail

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

# ORDER

    On March 3, 2020, the attorney for defendant County of Green delivered to the

Court the personnel file of defendant Christopher Statham for in camera review. Dkt.

No. 27. The Court has conducted an in camera review of that file. Based upon that review, it is hereby

**ORDERED** that:

1) Defendant County of Green provide all other counsel bates stamped pages eleven through twenty-three of that file within ten days of the date of this order. The balance of defendant Statham's personnel file is not discoverable pursuant to the Federal Rules of Civil Procedure.

2) The documents disclosed pursuant to the order are subject to the protective order previously issued by the Court. Dkt. No. 28.

**IT IS SO ORDERED.**

Dated: March 5, 2020
      Albany, New York

Christian F. Hummel
U.S. Magistrate Judge